WILLIAM FALLON, Respondent, v. CURTIS LARKIN and PAULA LARKIN, Appellants.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

LOUIS FELDMAN, Respondent, v. JOSEPH BARSHAY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., not sitting.

MAX C. FLEISCHMANN and JOSEPH WILSHIRE, as Executors, etc., of JULIUS FLEISCHMANN, Deceased, Respondents, v. HARBOR HILLS COUNTRY CLUB CORPORATION and Others, Defendants.  CHATHAM BOND AND LAND CORPORATION, Appellant.— Motion for stay denied.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN H. FORD, as Administrator, etc., of ANNA T. FORD, Deceased, Respondent, v. MARCUS ROTHSCHILD, Appellant.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable appellant to apply to the Court of Appeals.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

EDWARD A. FRIES, Respondent, v. HENRY J. SENGER, Appellant.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

EDWARD J. HOOK, Respondent, v. JOHN SIMMONS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable appellant to apply to the Court of Appeals.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

MARTIN F. HUBERTH and HARRY G. HUBERTH, Respondents, v. BERNARD REICH, Defendant.  MARCON REALTY Co., INC., Appellant.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of FORTUNATO DE LORENZO for Payment of an Award, etc., Polhemus Avenue, etc., Borough of Queens.— Motion to direct city chamberlain to pay award denied, with leave to renew upon papers showing that a proper hearing was had at the corporation counsel's office, at which the necessary proof was introduced and the testimony sworn to before a notary public at the corporation counsel's office.  The papers submitted on this application are entirely insufficient to warrant a change in the final order.  We allow these hearings at the corporation counsel's office to save the parties the expense of a reference, but the proceedings must be conducted with the same formality as if the hearing was had in court.  The final order, when presented, must be approved by the corporation counsel.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of BENJAMIN NEUWIRTH for Admission to the Bar.— Motion for rehearing of application for admission to the bar denied.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of Proving the Last Will and Testament of JAMES S. SCHENCK, Deceased, as a Will of Real and Personal Property.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.